THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

H/HARRY HAMILTON (Black Horse),         :
                                                  : CIVIL ACTION NO. 3:20-CV-369
      Plaintiff,                    : (JUDGE MARIANI)
                                                  : (Magistrate Judge Saporito)
      v.                          :
                                                  :
LANCE HAMILTON, et al.,            :
                                                  :
      Defendants.               :

**ORDER**

**AND NOW, THIS** \_\_8th\_\_ **DAY OF JANUARY 2021**, upon review of Magistrate Judge Joseph F. Saporito's December 15, 2020, Report and Recommendation ("R&R) (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein;

2. The motion to dismiss by defendants State College Police Department, Nicholas Graves, Craig Ripka, and Keith Robb (Doc. 11) is **GRANTED**;

3. All claims against defendants State College Police Department, Nicholas Graves, Craig Ripka, and Keith Robb are **DISMISSED with prejudice;**

4. The motion to dismiss by defendant Centre County Domestic Relations (Doc. 17) is **GRANTED**;

5. All claims against by defendant Centre County Domestic Relations be **DISMISSED without prejudice;**

6. Claims against remaining Defendants addressed in the January 7, 2020, Report and Recommendation (Doc. 24) issued by Magistrate Judge Saporito shall be addressed by the Court in due course.

_____
Robert D. Mariani
United States District Judge