THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H/HARRY HAMILTON (Black Horse), | : |
| | : CIVIL ACTION NO. 3:20-CV-369 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Saporito) |
| v. | : |
| | : |
| LANCE HAMILTON, et al., | : |
| | : |
| Defendants. | : |

<u>ORDER</u>

**AND NOW, THIS 2ND DAY OF FEBRUARY 2021**, upon review of Magistrate Judge Joseph F. Saporito's January 7, 2021, Report and Recommendation ("R&R) (Doc. 24) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 24) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint is **DIMISSED WITHOUT PREJUDICE** with respect to Defendants Lance Hamilton, Amanda Ackley, Jarron Standridge, Janelle Coder, Jayden Lee, Becky Sue Thompson, and Donald Gampe for failure to timely perfect service under Rule 4(m) of the Federal Rules of Civil Procedure;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                __s/ Robert D. Mariani_____
                                                Robert D. Mariani
                                                United States District Judge